FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 20 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KENYATTA MADDOX, et al.,

    Plaintiffs,

vs.

KNOWLEDGE LEARNING
CORPORATION,

    Defendant.

CIVIL ACTION FILE NO.
1:07-CV-0808-CAP

## CONSENT ORDER

This matter is before the Court on the parties' proposed settlement of this FLSA case. Private settlements are not binding against employees under the FLSA. Lynn's Food Stores, Inc. v. U.S. By and Through U.S. Dept. of Labor, 679 F.2d 1350, 1352 (1982) (citing Brooklyn Savings Bank v. O'Neil, 324 U.S. 697 (1945)). After employees bring a lawsuit against their employer under the FLSA, "the district court may enter a stipulated judgment after scrutinizing the settlement for fairness." Id. at 1353.

The parties submitted a settlement agreement executed by the plaintiffs' counsel, with their authorization, and by the defendant. The Court has read and considered the parties' proposed agreement and has determined that it provides for

the plaintiffs to receive at least 100% of their claimed overtime, with all expenses and fees to be paid by the defendant. It is the Court's judgment that the settlement "reflect[s] a reasonable compromise over issues ... that are actually in dispute," and that approving this settlement "promote[s] the policy of encouraging settlement of litigation." Id. at 1354. Accordingly, the Court hereby approves the parties' proposed settlement agreement, and incorporates its terms into this Order by this reference.

In addition, pursuant to the terms of the settlement agreement, the Court orders that the case remain open until August 1, 2008, to afford other current or former employees who claim overtime compensation is due to them the opportunity to opt-in and join the litigation as a plaintiff by adhering to the procedures set forth in the settlement agreement. The parties are directed to submit a final dismissal of this case following the end of the additional opt-in period.

SO ORDERED, this 20 day of December, 2007.

_____
Charles H. Pannell, Judge
U.S. District Court

Consented to by:

| | |
|---|---|
| PARKS, CHESIN & WALBERT, P.C.<br>75 Fourteenth Street, Suite 2600<br>Atlanta, Georgia 30309<br>Telephone: (404) 873-8000<br>Facsimile: (4040 873-8050 | SEYFARTH SHAW, LLP<br>1545 Peachtree Street, N.E., Suite 700<br>Atlanta, Georgia 30309-2401<br>Telephone: 885-1500<br>Facsimile: (404) 892-7056 |
| *s  A. Lee Parks*<br>A. Lee Parks<br>Georgia Bar No. 563750<br>lparks@pcwlawfirm.com | *s Brett C. Bartlett*<br>Brett C. Bartlett<br>Georgia Bar No. 040510<br>bbartlett@seyfarth.com |
| Andrew Y. Coffman<br>Georgia Bar No. 173115<br>acoffman@pcwlawfirm.com | Louisa J. Johnson<br>Ga. Bar No. 391805<br>lojohnson@seyfarth.com |
| Eleanor M. Attwood<br>Georgia Bar No. 514014<br>eattwood@pcwlawfirm.com | Timothy M. Watson<br>Admitted Pro Hac Vice<br>twatson@seyfarth.com |
| Attorneys for Plaintiffs | Attorneys for Defendant |

AT1 32451296.1